AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| GROWTH HARMONY DE, LLC, a Delaware limited liability company<br><br>*Plaintiff(s)*<br>v.<br>MEGA LANGUAGE LTD., an Israeli limited company, and OPHER BRAYER, an individual<br><br>*Defendant(s)* | Civil Action No. 21-cv-60593-WPD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
MEGA LANGUAGE LTD.
23 Hannah Senesh Street
Apt. 15
Hertzliya, Israel 4644655

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Harvey W. Gurland, Jr., Esq.
Julian Jackson-Fannin, Esq.
Duane Morris LLP
201 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131
305.960.2200 / hwgurland@duanemorris.com / jjfannin@duanemorris.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   03/17/2021

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Maria Cruz*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| GROWTH HARMONY DE, LLC, a Delaware limited liability company <br><br> *Plaintiff(s)* <br><br> v. <br><br> MEGA LANGUAGE LTD., an Israeli limited company, and OPHER BRAYER, an individual <br><br> *Defendant(s)* | Civil Action No. 21-cv-60593-WPD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
OPHER BRAYER
23 Hannah Senesh Street
Apt. 15
Hertzliya, Israel 4644655

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Harvey W. Gurland, Jr., Esq.
Julian Jackson-Fannin, Esq.
Duane Morris LLP
201 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131
305.960.2200 / hwgurland@duanemorris.com / jjfannin@duanemorris.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  03/17/2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Maria Cruz*

Deputy Clerk
U.S. District Courts